**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Rickey Gerard CANNON, Defendant–
Appellant.**

No. 08–15361
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Feb. 27, 2009.

James W. Smith, III, Tampa, FL, for Defendant–Appellant.

Michelle Thresher Taylor, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Before BLACK, PRYOR and FAY, Circuit Judges.

PER CURIAM:

James W. Smith, III, appointed counsel for Rickey Gerard Cannon, in this appeal from the denial of relief under 18 U.S.C. § 3582(c)(2), has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the denial of Cannon's § 3582(c)(2) motion is **AFFIRMED.**